# EXHIBIT 2 – U.S. Attorney's Notice of Removal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in                              )
                                               )
MAUREEN SANTINI                    )    CASE NUMBER  1:06MS00179
4811 Bayard Boulevard              )
Bethesda, MD  20816                )    JUDGE: Rosemary M. Collyer
                                   )
                    Plair          )    DECK TYPE: Miscellaneous
     v.                            )
                                   )    DATE STAMP: 04/26/2006
ANTHONY HERMAN                     )
     c/o Seth A. Tucker, Esq.      )
     Covington & Burling           )
     1201 Pennsylvania Avenue NW   )
     Washington DC  20044-7566     )
                                   )
and                                )
                                   )
DANIEL G. GROVE, ESQ.              )
     c/o David Webster, Esq.       )
     Caplin & Drysdale             )
     1 Thomas Circle, N.W.         )
     Washington, DC  20005         )
                                   )
     and                           )
                                   )
     c/o Charles Molster, III, Esq.)
     Winston & Strawn              )
     1700 K Street, NW             )
     Washington, DC  20006,        )
                                   )
                    Defendants.    )

NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney for the District of Columbia hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. The Office of the United States Attorney for the District of Columbia is in receipt of a subpoena purportedly issued under authority of the Superior Court of the District of

13