**EXHIBIT 3 - Billing Logs Noting Conversations with U.S. Attorney's Office**

EXHIBIT 3 - Billing Logs Noting Conversations with U.S. Attorney's Office

# WINSTON & STRAWN

1400 L Street, N.W.
Washington, DC 20005-3502

TAX ID NO. 36-1975990

Maureen Santini
2620 Moreland Place, N.W.
Washington, DC 20015

Invoice No.         1631216
Invoice Date        02/15/01
Client Matter No.   103288.00002

For Legal Services Rendered Through January 31, 2001 In Connection With:
00002 Criminal Complaint

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 12/22/00 | P. Rons | 0.75 | |
| 01/02/01 | D. Grove | 0.25 | REDACTED |
| 01/02/01 | P. Rons | 0.50 | |
| 01/03/01 | D. Grove | 3.25 | Round trip to Superior Court; meet with AUSA re: diversion; conference with P. Rons; telephone |
| 01/03/01 | P. Rons | 0.25 | REDACTED |
| 01/04/01 | D. Grove | 3.50 | Telephone conference AUSA re: 1/16/01 appearance; round trip to Superior Court; Court appearance - diversion; meet with AUSA Thompson and Client |
| 01/04/01 | P. Rons | 0.75 | Telephone call to felony clerk re Goodbread order on drug testing; call to Pretrial Services on notice; conference with legal assistant to transfer order |
| 01/05/01 | D. Grove | 0.75 | |
| 01/05/01 | P. Rons | 1.00 | REDACTED |
| 01/05/01 | S. Frazier | 2.00 | |

# WINSTON & STRAWN

1400 L Street, N.W.
Washington, DC 20005-3502

TAX ID NO. 36-1975990

Maureen Santini
2620 Moreland Place, N.W.
Washington, DC 20015

| | |
|---|---|
| Invoice No. | 1625448 |
| Invoice Date | 01/11/01 |
| Client Matter No. | 103288.00002 |

For Legal Services Rendered Through December 31, 2000 In Connection With:
00002 Criminal Complaint

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 12/14/00 | P. Rons | 2.75 | REDACTED |
| 12/15/00 | D. Grove | 1.50 | REDACTED |
| 12/15/00 | P. Rons | 6.50 | Surrender client to 2nd District Police; check with court clerk on status of processing; check with docket clerk on lockup list; check with Pretrial Services on bail report; review bail report; conference with D. Grove on further preparation and investigation; attend 3:00 P.M. status call and arraignment (client arraigned at 6:00 P.M.); telephone conferences to client's husband and D. Grove on arraignment; review charging document |
| 12/18/00 | D. Grove | 1.00 | REDACTED two telephone conferences with Taylor AUSA; review statute |
| 12/20/00 | D. Grove | 1.50 | |
| 12/20/00 | P. Rons | 2.25 | REDACTED |
| 12/21/00 | D. Grove | 1.00 | |

WINSTON & STRAWN

Maureen Santini

Invoice No.  1625448
Invoice Date  01/11/01
Page No.  2

## 00002 Criminal Complaint

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 12/21/00 | P. Rons | 2.50 | |
| 12/22/00 | D. Grove | 1.00 | |
| 12/26/00 | D. Grove | 3.25 | REDACTED |
| 12/26/00 | C. Joffe | 0.30 | |
| 12/26/00 | P. Rons | 3.25 | |
| 12/27/00 | D. Grove | 2.25 | , round trip to Court for meeting with DA (no show); further calls to client, etc. |
| 12/27/00 | P. Rons | 1.5 | |
| 12/28/00 | D. Grove | 0.75 | REDACTED telephone conference with AUSA Taylor |
| 12/28/00 | P. Rons | 0.50 | |
| 12/29/00 | D. Grove | 0.50 | REDACTED |
| 12/29/00 | P. Rons | 0.75 | |

**EXHIBIT 4 – Unexplained FOIA Redactions of Previously Public Documents**