# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.: 1991-00

| DEFENDANT'S NAME: SANTINI, MAUREEN LOUISE | | | | | CCR: 124-448 | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: FEMALE | RACE: WHITE | D.O.B.: 12/31/48 | HEIGHT: 5'1" | WEIGHT: 110 | EYES: BLUE | HAIR: BROWN | COMPLEXION: LIGHT |

DEFENDANT'S HOME ADDRESS: 2620 MORELAND PL N.W.
TELEPHONE NUMBER: 202-966-1791

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: 7C

LOCATION OF OFFENSE: VARY
DATE OF OFFENSE: ~~12/00, 8/31, 9/1/00~~ 9/1/00
TIME OF OFFENSE: VARY

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

7C, 7D, 7F

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR: MAUREEN SANTINI
CHARGED WITH: Threats (F)

AFFIANT'S SIGNATURE: X 7C

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF ____

ASSISTANT UNITED STATES ATTORNEY
NLTC Approved

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

7E, 7F