**EXHIBIT 6 – Plaintiff's Request for Information about Others Similarly Charged**

<u>Requests for Production of Documents</u>

1. The name, race, gender, age and case number of all persons charged with violating Title 22, Section 2307 of the District of Columbia Code between January 1, 1996 and December 31, 2005.

2. The name, race, gender, age and case number of all persons charged with violating Title 22, Section 507 of the District of Columbia Code between January 1, 1996 and December 31, 2005.

3. The name, race, gender, age and case number of all persons charged with violating Title 22, Section 504(c) of the District of Columbia Code between January 1, 1996 and December 31, 2005.

4. The names of the prosecuting attorney who handled each case.

5. The name or names of the person or persons who made the decision to prosecute.

6. The dates on which all persons listed above were charged.

7. The disposition of the charges and the dates of the disposition of the charges.

8. The affidavit in support of arrest warrant and the indictment or information.

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing motion to compel production of documents was made via regular mail or hand-delivery on this 16th day of May 2006 to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington, D.C. 20530

Seth A. Tucker
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC 20004

David N. Webster
Caplin & Drysdale
One Thomas Circle NW
Washington DC 20005

Charles B. Molster III
Winston & Strawn
1700 K Street NW
Washington DC 20006

Maureen Santini, pro se
4811 Bayard Boulevard
Bethesda, MD 20816
301.320.1672