UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Subpoena in )
)
M. SANTINI )
) Case No. 1:06MS00179
Plaintiff, ) Judge Rosemary M. Collyer
v. ) Deck Type: Miscellaneous
)
ANTHONY HERMAN, DANIEL GROVE )
)
Defendants. )
_____ )

PROPOSED ORDER

Upon review of plaintiff's motion to compel production of documents from the U.S. attorney's office, it is this ____ day of May 2006 hereby:

ORDERED that plaintiff's motion is granted.

ORDERED that the U.S. attorney's office shall produce its entire file to plaintiff within 7 days.

ORDERED that the U.S. attorney's office shall produce all documents requested in Exhibits 1 and 6 within 7 days.

ORDERED that, if and when requested, the U.S. attorney's office shall produce for deposition the most knowledgeable person about plaintiff's criminal prosecution.

ORDERED that the U.S. attorney's office shall inform plaintiff of the whereabouts and contact information of former U.S. attorney office personnel who worked on plaintiff's case, including Patrick Kim, Thomas C. Taylor, and others unnamed.

UNITED STATES DISTRICT JUDGE

Copies to:

Seth A. Tucker
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC 20004

David N. Webster
Caplin & Drysdale
One Thomas Circle NW
Washington DC 20005

Maureen Santini
4811 Bayard Boulevard
Bethesda, MD 20816

Charles B. Molster III
Winston & Strawn
1700 K Street NW
Washington DC 20006

W. Mark Nebeker
Assistant U.S. attorney
Civil Division
555 4th Street NW
Washington, D.C. 20530