UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in )
)
   MAUREEN SANTINI, )
)
                       Plaintiff, )
v. ) Misc. No.   06-179 RMC
)
ANTHONY HERMAN, et al., )
)
                       Defendants. )
_____ )

MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO MOTION TO COMPEL

The United States Attorney, through the undersigned counsel and on behalf of the Office of the United States Attorney hereby opposes the motion to compel filed by Maureen Santini in this miscellaneous action. In opposition to the Motion To Compel, the Court is respectfully referred to the following authorities as well as those set forth in support of the Motion To Quash filed and served on April 26, 2006.[1]

In Houston Business Journal v. OCC, 86 F.3d 1208, 1211 (D.C. Cir. 1996), the Court of Appeals recognized that "because a federal court's jurisdiction upon removal is derivative of the state court's, the federal court in a removed action is also barred from enforcing a subpoena against the federal government."

---

[1] The United States Attorney removed the subpoena matter on or about April 26, 2006, and included with the removal papers a motion to quash the subpoena. Ms. Santini has not opposed the Motion To Quash.

RECEIVED
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Id. at 1212.² Because this Court's jurisdiction is based on the removal from the Superior Court for the District of Columbia, the Court has no jurisdiction to entertain Ms. Santini's request any more than the Superior Court had. Id.

Moreover, even were Ms. Santini to institute an independent action under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, et seq., she could not prevail at this time. The APA allows review of final agency action. See 5 U.S.C. § 704. But, Ms. Santini has not even alleged that she ever initiated the process whereby she can secure authorization for release of information from Department of Justice files. See 28 C.F.R. § 16.21, et seq. Until she has completed this process and secured final agency action, she cannot secure review under the APA.

Finally, she has failed to address the fact that the subpoena power of the Superior Court rules allows subpoenas to a "person."³ An agency of the government is not deemed a person for such purposes. See Al Fayed v. CIA, 229 F.3d 272, 272

---

² Although Houston Business Journal involved only a subpoena for documents, such as the instant subpoena, the decision also addressed situations involving subpoenas for testimony. "Under Touhy," stated the Court, "neither state-court nor federal-court litigants may obtain a subpoena *ad testificandum* against an employee of a federal agency that has enacted a Touhy regulation." Id. at 1212 n.4 (citations omitted).

³ Superior Court Rule of Civil Procedure 45 provides, in part: "Every subpoena shall . . . command the person to whom it is directed. . . to [give testimony or produce documents]". SCR-Civ. 45(a)(1).

(2000); <u>Lerner</u> v. <u>District of Columbia</u>, Civil Action No. 00-1590 GK, 2005 WL 2375175 at *2-*3, Memorandum Opinion and Order (D.D.C. Jan. 7, 2005) at 8; <u>Yousuf</u> v. <u>Samantar</u>, Misc. No. 05-110 RBW, 2005 WL 1523385 at *5 and fn.9 (D.D.C. May 3, 2005); <u>appeal pending</u>, No. 05-5197 (D.C. Cir.).

## CONCLUSION

Wherefore, the Motion To Compel should be denied, the subpoena should be quashed, and this subpoena matter dismissed.

Respectfully submitted,

*/s/ Kenneth L. Wainstein/dck*
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

*/s/*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing opposition and a proposed order was made by mailing copies thereof to:

MAUREEN SANTINI
4811 Bayard Boulevard
Bethesda, MD  20816

DAVID WEBSTER, ESQ.
Caplin & Drysdale
1 Thomas Circle, N.W.
Washington, DC  20005

CHARLES MOLSTER, III, ESQ.
Winston & Strawn
1700 K Street, NW
Washington, DC  20006

and

SETH A. TUCKER, ESQ.
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC  20044-7566

on this 26th day of May, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>    MAUREEN SANTINI,<br><br>                     Plaintiff,<br>  v.<br><br>ANTHONY HERMAN, et al.,<br><br>                    Defendants. | Misc. No.  06-179 RMC |

ORDER

Upon consideration of the Motion To Compel filed by Maureen Santini, and the Motion To Quash filed on behalf of the Office of the United States Attorney for the District of Columbia, for the reasons set forth in support of the Motion To Quash and in opposition to the Motion To Compel, and upon consideration of the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the motion to compel be and is hereby denied; and it is

FURTHER ORDERED that the motion to quash shall be and is hereby granted, the subpoena is quashed and this subpoena matter shall be and is hereby dismissed.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MAUREEN SANTINI
4811 Bayard Boulevard
Bethesda, MD  20816

DAVID WEBSTER, ESQ.
Caplin & Drysdale
1 Thomas Circle, N.W.
Washington, DC  20005

CHARLES MOLSTER, III, ESQ.
Winston & Strawn
1700 K Street, NW
Washington, DC  20006

and

SETH A. TUCKER, ESQ.
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC  20044-7566