ORIGINAL

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 JUN 20 PM 6:05

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in            )
                             )
  MAUREEN SANTINI,           )
                             )
              Plaintiff,     )
                             )
  v.                         )  Misc. No. 06-179 RMC
                             )
  ANTHONY HERMAN, et al.,    )
                             )
              Defendants.    )
_____)

### NOTICE OF SUPPLEMENTAL AUTHORITY

The United States Attorney, through the undersigned counsel and on behalf of the Office of the United States Attorney, hereby provides notice to the Court and parties of a recent decision that bears on one of the arguments presented in the Motion To Quash the subpoena issued in this matter. In Yousuf v. Samantar, No. 05-5197, 2006 WL 1651050 (D.C. Cir. June 16, 2006), the Court of Appeals declined to extend the holding in Al Fayed v. CIA, 229 F.3d 272, 272 (2000), beyond the context of 28 U.S.C. § 1782.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

RECEIVED
JUN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority was made by mailing copies thereof to:

MAUREEN SANTINI
4811 Bayard Boulevard
Bethesda, MD  20816

DAVID WEBSTER, ESQ.
Caplin & Drysdale
1 Thomas Circle, N.W.
Washington, DC  20005

CHARLES MOLSTER, III, ESQ.
Winston & Strawn
1700 K Street, NW
Washington, DC  20006

and

SETH A. TUCKER, ESQ.
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC  20044-7566

on this 20th day of June, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230