UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in )
)
   MAUREEN SANTINI, )
)
                Plaintiff, )
v. ) Misc. No.  06-179 RMC
)
ANTHONY HERMAN, et al., )
)
                Defendants. )
)

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of the July 13, 2006 Reply To Plaintiff's Response To Motion To Quash Subpoena and this Amended Certificate Of Service was made by mailing copies thereof to:

MAUREEN SANTINI
4811 Bayard Boulevard
Bethesda, MD  20816

DAVID WEBSTER, ESQ.
Caplin & Drysdale
1 Thomas Circle, N.W.
Washington, DC  20005

CHARLES MOLSTER, III, ESQ.
Winston & Strawn
1700 K Street, NW                and
Washington, DC  20006

SETH A. TUCKER, ESQ.
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC  20044-7566

on this 13th day of July, 2006.[1]

/s/ W. Mark Nebeker
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

RECEIVED
JUL 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] Counsel learned this date that the copies of the reply that had been made of yesterday's filings were inadvertently not placed into the mails until the morning of July 14, 2006.